UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEJANDRO LAZANO
RODRIGUEZ PUPO,

Petitioner,

v. Case No.: 2:26-cv-02251-SPC-KRH

TODD BLANCHE *et al.*

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Alejandro Lazano Rodriguez Pupo's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Rodriguez Pupo is a native and citizen of Cuba who entered the United States on May 11, 2019. An immigration judge ordered Rodriguez Pupo removed to Cuba in April 2025, but Rodriguez Pupo appealed, so the removal order is not administratively final. On December 2, 2025, local police arrested Rodriguez Pupo for armed carjacking, and Immigration and Customs Enforcement (ICE) issued an immigration detainer. ICE took custody of Rodriguez Pupo on March 20, 2026. Rodriguez Pupo sought habeas relief from this Court in *Rodriguez Pupo v. Warden, Florida Soft Side South*, M.D. Fla. Case No. 2:26-cv-1552-SPC-KRH. The Court partially granted the petition and

ordered the respondents to either bring Rodriguez Pupo before an immigration judge for a bond hearing or release him from custody.

On July 9, 2026, an immigration judge found Rodriguez Pupo to be a danger to persons or property and denied release on bond. (Doc. 5-1 at 16). Rodriguez Pupo argues his detention is still unlawful because the government did not provide a neutral decisionmaker to review the custody decision. But the proper way to challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Rodriguez Pupo's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 11, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record